UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:10-M-1066

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
THERON RUSSELL INMAN, IV )

The Government's motion is hereby granted. The case is dismissed.

7-16-2010
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE